**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 3:13-cr-212-AVC |
| | : |
| JUNJI KUSUNOKI, et al., | : |
|   defendants. | : |

**ORDER OF TRANSFER**

In the interests of justice and judicial economy, the above-identified case is hereby transferred to the Honorable Janet B. Arterton.  The parties shall file all further pleadings or documents in this matter with the clerk's office in New Haven, Connecticut.

It is so ordered this 18th day of February 2020, at Hartford, Connecticut.

                            /s/
                    Alfred V. Covello
                    United States District Judge